Steven D. Park (SBN 215219)
   *spark@parklawless.com*
Vincent Tremonti (SBN 301571)
   *vtremonti@parklawless.com*
**PARK LAWLESS & TREMONTI LLP**
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone:   (213) 640-3770
Facsimile:    (213) 640-3015

Attorneys for Defendants,
BNSF Railway Company and
Norfolk Southern Railway Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; COSCO SHIPPING LINES CO., LTD.; COSCO SHIPPING LINES (NORTH AMERICA) INC., and DOES ONE through TEN, <br><br> Defendants. | CASE NO. 2:25-cv-02130-MRA-RAOx <br><br> **STIPULATION TO DISMISS THIRD-PARTY NORFOLK SOUTHERN PURSUANT TO FED. R. CIV. P. 41(A)(2)** |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Crossclaimant, <br> v. | |

**- 1 -**

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

| COSCO SHIPPING LINES CO., LTD., |
| --- |
| Crossdefendant, COSCO SHIPPING LINES CO., LTD.; COSCO SHIPPING LINES (NORTH AMERICA) INC., |
| Third-Party Plaintiffs, v. |
| NORFOLK SOUTHERN RAILWAY COMPANY, BNSF RAILWAY COMPANY, |
| Third-Party Defendants. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Third-Party Defendant Norfolk Southern Railway Company ("Norfolk Southern") and undersigned counsel for Third-Party Plaintiff Cosco Shipping Lines Co., Ltd., and Cosco Shipping Lines (North America) Inc., (collectively, "Cosco"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that Norfolk Southern is hereby dismissed from the action without prejudice.

The parties further agree and stipulate that if Norfolk Southern is not rejoined in this Action or a separate action is not filed by COSCO against Norfolk Southern within 90 days of filing this Stipulation, then Norfolk Southern will be deemed dismissed with prejudice.

DATED:  December 23, 2025          **PARK LAWLESS & TREMONTI LLP**


 */s/ Steven D. Park*
STEVEN D. PARK
Attorneys for Defendant
BNSF Railway Company and Norfolk
Southern Railway Company

- 2 -

**STIPULATION OF DISMISSAL**

DATED:  December 23, 2025          **COLLIER WALSH NAKAZAWA LLP**

 */s/ Caroline Wilson* 
ALAN NAKAZAWA
CAROLINE WILSON
JOEL BUFFA
Attorneys for Defendants and Third-Party
Plaintiffs Cosco Shipping Lines Co., Ltd., and
Cosco Shipping Lines (North America) Inc.

Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)

I, Steven D. Park, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 23, 2025          */s/ Steven D. Park* 
Steven D. Park

**CERTIFICATE OF SERVICE**

I, Steven D. Park, certify that on this December 23, 2025, I caused a true and correct copy of the foregoing dismissal to be served upon all parties appearing of record, if any, via ECF Filing, or by their email address of record.

*/s/ Steven D. Park* 
Steven D. Park

- 2 -

**STIPULATION OF DISMISSAL**